## Maher *v.* Philadelphia School District, Appellant.

 Submitted December 8, 1970. *Jerome A.*

*Zaleski,* for appellant; *Albert Momjian,* and *Abrahams & Loewenstein,* for appellee.

: Order affirmed.